IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BRENDA BUTLER, <br><br> **Plaintiff,** <br><br> v. <br><br> VIVINT, LLC, <br><br> **Defendant.** | Civil Action No.: 3:25-CV-00837 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332 and § 1441, Defendant Vivint, LLC ("Vivint"), by and through undersigned counsel, removes the above-captioned civil action, which was filed by Plaintiff Brenda Butler in the Circuit Court of Chesterfield County, Virginia, at Docket No. 25-6234, to the United States District Court for the Eastern District of Virginia, Richmond Division. In support of this Notice of Removal, Vivint states as follows:

1. On or about July 2, 2025, Plaintiff Brenda Butler filed her Complaint, captioned *Brenda Butler v. Vivint, LLC*, in the Circuit Court of Chesterfield County, Virginia, at Docket No. 25-6234. On or about September 18, 2025, Plaintiff effectuated service of the Complaint on Vivint via CT Corporation. Attached to this Notice of Removal are the entirety of the pleadings and documents filed in the underlying state court proceedings, which include the Civil Summons, the Complaint, Return of Service and docket sheet for this matter as of October 9, 2025, attached as **Exhibit A**.

2. Plaintiff is alleged to be a resident of Chester, Virginia.

3. Defendant Vivint, LLC, is a Utah Limited Liability Company with a principal office in Provo, Utah. Vivint, LLC, and is wholly owned by Vivint Group, LLC, whose sole member is APX Group LLC. APX Group LLC is a limited liability company whose sole member is Vivint Smart Home, Inc., a Delaware corporation having its principal place of business in Provo, Utah. Therefore, Vivint is a citizen of the States of Utah and Delaware for purposes of assessing diversity jurisdiction. *See GMAC Com. Credit LLC v. Dillard Dep't Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004) (concluding that "citizenship as an LLC is defined by the citizenship of its members").

4. Because Plaintiff is a citizen and resident of the State of Virginia, and Vivint is otherwise a citizen of the States of Utah and Delaware, complete diversity of jurisdiction exists between the parties in satisfaction of the requirements of 28 U.S.C. § 1332(a)(1) and § 1441.

5. The amount in controversy well exceeds $75,000, exclusive of interests and costs. Plaintiff has requested an award of actual damages of $250,000; of $150,000 for Virginia Crimes Act claims; for $5,000 for loss of converted funds; and $350,000 of punitive damages in her requested relief, for a total of at least $755,000.

6. Plaintiff has also claimed attorneys' fees and court costs under the VCPA, the Virginia Computer Crimes Act, and Virginia common law.

7. Therefore, the United States District Court for the Eastern District of Virginia has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 due to complete diversity of citizenship of the parties and an amount in controversy exceeding $75,000.

8. Vivint is filing this Notice of Removal within 30 days of service of the Summons and Complaint, and within the time for filing this notice. *See* 28 U.S.C. § 1446.

9. The United States District Court for the Eastern District of Virginia, Richmond Division, embraces the Circuit Court of Chesterfield County, Virginia.

10. Therefore, this matter is properly removed to the United States District Court for the Eastern District of Virginia, at Richmond.

11. Pursuant to 28 U.S.C. § 1446(d), and promptly after filing this Notice of Removal, Vivint shall give notice to Plaintiff and shall file a copy of the same with the Circuit Clerk for Chesterfield County, Virginia.

**WHEREFORE,** Defendant Vivint, gives notice that the above-styled action now pending in the Circuit Court of Chesterfield County, Virginia, is removed from that court to the United States District Court for the Eastern District of Virginia, Richmond Division.

                                                **Respectfully submitted,**
                                                **VIVINT, LLC**

                                                */s/ Laura May Hooe*
                                                Laura May Hooe, Esquire (VSB No. 84170)
                                                Klein Thomas Lee & Fresard
                                                Three James Center
                                                1051 E Cary Street, Suite 1430
                                                Richmond, VA 23219
                                                Telephone: (703) 577-6644
                                                Laura.hooe@kleinthomaslaw.com
                                                ***Counsel for Defendant, Vivint, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October, 2025, I electronically filed the foregoing with the Clerk of Court using the CM.ECF system, which will send a notification of such filing to the following:

>Drew D. Sarrett, VSB #81658
>CONSUMER LITIGATION ASSOCIATES, P.C.
>626 E. Broad Street, Suite 300
>Richmond, VA 23219
>drew@clalegal.com
>*Counsel for Plaintiff*

>*/s/ Laura May Hooe*
>*Counsel for Vivint, LLC*